# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2708

_____

Anthony P. Johnson,        *
      *
      Appellant,        *
      *  Appeal from the United States
      v.        *  District Court for the
      *  District of Minnesota.
United States of America,        *
      *  [UNPUBLISHED]
      Appellee.        *

_____

Submitted:  October 28, 1999
Filed:  November 5, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Anthony P. Johnson challenges the District Court's[1] judgment denying his 28 U.S.C. § 2255 motion.  For reversal, he claims his trial counsel was ineffective for not allowing him to testify.  Having carefully reviewed the record and the parties' briefs, we reject Johnson's claim and affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.